IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | 4:06CV3103 |
| | ) | |
| ROBERT W. CHAPIN, JR., | ) | BK04-43062 (Chapter 7) |
| | ) | |
| Debtor. | ) | Adversary No. 04-4111 |
| _____ | ) | |
| HELEN LANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT W. CHAPIN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff has filed a notice of appeal (filing 8) and motion for leave to appeal in forma pauperis (filing 10) from this court's order and judgment (filings 6 & 7) dismissing Plaintiff's appeal from an order of the United States Bankruptcy Court for the District of Nebraska for lack of jurisdiction.

Pursuant to F.R.A.P. 24(a), and construing the papers liberally, I conclude that Plaintiff's appeal is not taken in good faith, as there is no colorable legal basis for Plaintiff's appeal. Accordingly,

IT IS ORDERED:

1. Plaintiff's appeal is not taken in good faith;

2. Plaintiff is not entitled to proceed in forma pauperis on appeal.

June 29, 2006

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge